Verification And
Affidavit of Truth

I swear to, and verify that, everything stated in this complaint, is true.

FILED - GR
March 23, 2022 12:38 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: KB / 3/23

3/17/22
Date

*Willie Curtis* _28 USC 1746
Willie Curtis

1:22-cv-266
Phillip J. Green
U.S. Magistrate Judge

Request for An Attorney
And Class Certification

I am requesting class certification, because the issue that I am arguing, affects over 100,000 people across the united states, who have had $600 of, either their $1800, or $1400, IRS-stimulus-money, unlawfully garnished, due to their incarceration. And please appoint class-counsel.

The scholl-case held: "For that reason, this class is properly certified under Fed. R. Civ. P. 23(b) (2)".
Scholl v Mnuchin 489 FSupp 3d 1008.

The Rouse-case held:" A court that certifies a class must appoint class counsel".
Rouse v Washington 2021 US Dist Lexis 111678.

Please recognize a class consisting of, persons who were incarcerated in the united states, or any of its territories, at the time that both of their $1800 and $1400 IRS-stimulus-payments were issued to them, in which the institution-of-incarceration, had garnished all of said person's IRS-stimulus-money, and did not leave said person with their protected $600 portion of said IRS-stimulus-money.

Syllabus

Willie Curtis # 492630
1500 Caberfae
Manistee, MI 49660



U.S. District Court

110 Michigan

Grand Rapids, MI 49503