UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE CURTIS,

     Plaintiff,

                                      Case No. 1:22-cv-266

v.

                                       HON. JANE M. BECKERING

UNKNOWN BURGESS, et al.,

     Defendants.

_____/

## **ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983.  Defendants filed a Motion for Summary Judgment (ECF No. 33).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 37) on July 6, 2023, recommending that this Court grant Defendants' motion for summary judgment and terminate this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 37) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 33) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections to the Report and Recommendation.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: August 7, 2023                              /s/ Jane M. Beckering
                                                   JANE M. BECKERING
                                                   United States District Judge