UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE CURTIS,

    Plaintiff,

v.

    Case No. 1:22-cv-266

    HON. JANE M. BECKERING

UNKNOWN BURGESS, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants and against Plaintiff.

Dated: August 7, 2023

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge